# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: RAMACHANDRAN, SHAKUNTHAL | § | Case No.  09-41652 |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

JOHN E. GIERUM, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $686,500.00 <br> *(without deducting any secured claims)* | Assets Exempt:  $3,500.00 |
| Total Distribution to Claimants: $12,088.20 | Claims Discharged <br> Without Payment: $53,731.73 |
| Total Expenses of Administration: $2,701.56 | |

3)  Total gross receipts of $      14,789.76      (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $      0.00      (see **Exhibit 2**), yielded net receipts of  $14,789.76 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,701.56 | 2,701.56 | 2,701.56 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 65,819.93 | 65,819.93 | 12,088.20 |
| **TOTAL DISBURSEMENTS** | $0.00 | $68,521.49 | $68,521.49 | $14,789.76 |

4) This case was originally filed under Chapter 7 on November 03, 2009. The case was pending for 41 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/09/2013                By: /s/JOHN E. GIERUM
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Stock Portfolio | 1129-000 | 14,785.96 |
| Interest Income | 1270-000 | 3.80 |
| **TOTAL GROSS RECEIPTS** | | **$14,789.76** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOHN E. GIERUM | 2100-000 | N/A | 2,228.98 | 2,228.98 | 2,228.98 |
| JOHN E. GIERUM | 2200-000 | N/A | 26.15 | 26.15 | 26.15 |
| The Bank of New York Mellon | 2600-000 | N/A | 28.34 | 28.34 | 28.34 |
| The Bank of New York Mellon | 2600-000 | N/A | 33.34 | 33.34 | 33.34 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 30.23 | 30.23 | 30.23 |
| The Bank of New York Mellon | 2600-000 | N/A | 29.17 | 29.17 | 29.17 |
| The Bank of New York Mellon | 2600-000 | N/A | 32.12 | 32.12 | 32.12 |
| The Bank of New York Mellon | 2600-000 | N/A | 30.04 | 30.04 | 30.04 |
| The Bank of New York Mellon | 2600-000 | N/A | 31.90 | 31.90 | 31.90 |
| The Bank of New York Mellon | 2600-000 | N/A | 28.82 | 28.82 | 28.82 |
| The Bank of New York Mellon | 2600-000 | N/A | 29.75 | 29.75 | 29.75 |
| The Bank of New York Mellon | 2600-000 | N/A | 28.70 | 28.70 | 28.70 |
| The Bank of New York Mellon | 2600-000 | N/A | 32.59 | 32.59 | 32.59 |
| The Bank of New York Mellon | 2600-000 | N/A | 28.57 | 28.57 | 28.57 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 30.43 | 30.43 | 30.43 |
| The Bank of New York Mellon | 2600-000 | N/A | 27.43 | 27.43 | 27.43 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,701.56 | $2,701.56 | $2,701.56 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 2,282.38 | 2,282.38 | 419.18 |
| 2 | Chase Bank USA, N.A. | 7100-000 | N/A | 6,778.33 | 6,778.33 | 1,244.88 |
| 3 | Chase Bank USA, N.A. | 7100-000 | N/A | 9,160.95 | 9,160.95 | 1,682.46 |
| 4 | Chase Bank USA, N.A. | 7100-000 | N/A | 9,572.44 | 9,572.44 | 1,758.03 |
| 5 | American Express Centurion Bank | 7100-000 | N/A | 343.36 | 343.36 | 63.06 |
| 6 | CAPITAL ONE BANK USA, N.A. | 7100-000 | N/A | 6,441.86 | 6,441.86 | 1,183.08 |
| 7 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 3,222.93 | 3,222.93 | 591.91 |
| 8 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 28,017.68 | 28,017.68 | 5,145.60 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $65,819.93 | $65,819.93 | $12,088.20 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| Case Number: 09-41652 | Trustee: (520171) JOHN E. GIERUM | |
| Case Name: RAMACHANDRAN, SHAKUNTHAL | Filed (f) or Converted (c): 11/03/09 (f) | |
| | §341(a) Meeting Date: 12/04/09 | |
| Period Ending: 04/09/13 | Claims Bar Date: 03/22/10 | |

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence 585 Orchard Pond Dr., Lake Zurich, IL <br> Orig. Asset Memo: Imported from original petition Doc# 1 | 568,000.00 | 0.00 | | 0.00 | FA |
| 2 | Investment Property 8455 Bloomfield Rd., Peoria, <br> Orig. Asset Memo: Imported from original petition Doc# 1 | 110,000.00 | 0.00 | | 0.00 | FA |
| 3 | TCF Checking <br> Orig. Asset Memo: Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 4 | Furniture <br> Orig. Asset Memo: Imported from original petition Doc# 1 | 1,500.00 | 1,400.00 | | 0.00 | FA |
| 5 | Clothing <br> Orig. Asset Memo: Imported from original petition Doc# 1 | 700.00 | 0.00 | | 0.00 | FA |
| 6 | Stock Portfolio <br> Orig. Asset Memo: Imported from original petition Doc# 1 | 15,000.00 | 15,000.00 | | 14,785.96 | FA |
| 7 | 2000 Lexus Rx 300: 130000 Miles <br> Orig. Asset Memo: Imported from original petition Doc# 1 | 6,000.00 | 3,600.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 3.80 | FA |
| 8 | **Assets** Totals (Excluding unknown values) | **$701,500.00** | **$20,000.00** | | **$14,789.76** | **$0.00** |

**Major Activities Affecting Case Closing:**

Final report filed, approved, checks cleared and ready for TDR

Initial Projected Date Of Final Report (TFR):      December 31, 2012          Current Projected Date Of Final Report (TFR):      November 12, 2012  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-41652 |
| Case Name: | RAMACHANDRAN, SHAKUNTHAL |
| Taxpayer ID #: | **-***1248 |
| Period Ending: | 04/09/13 |

| | |
|---|---|
| Trustee: | JOHN E. GIERUM (520171) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******29-65 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/29/10 | {6} | Shakunthala Ramachandran | RECEIVABLE | 1129-000 | 14,785.96 | | 14,785.96 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.02 | | 14,785.98 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.88 | | 14,786.86 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.88 | | 14,787.74 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,787.86 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,787.98 |
| 11/12/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 14,788.02 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 14,788.09 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,788.21 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,788.33 |
| 02/04/11 | | To Account #9200******2966 | TRANSFER OF FUNDS | 9999-000 | | 12.92 | 14,775.41 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 14,775.52 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,775.64 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,775.76 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,775.88 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,776.00 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,776.12 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 28.34 | 14,747.78 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,747.90 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 34.35 | 14,713.55 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -1.01 | 14,714.56 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,714.68 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 30.23 | 14,684.45 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,684.57 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 29.17 | 14,655.40 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,655.52 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 32.12 | 14,623.40 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,623.52 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 30.04 | 14,593.48 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,593.60 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 31.90 | 14,561.70 |
| 02/07/12 | | To Account #9200******2966 | TRANSFER OF FUNDS | 9999-000 | | 13.23 | 14,548.47 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 28.82 | 14,519.65 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 29.75 | 14,489.90 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 28.70 | 14,461.20 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 32.59 | 14,428.61 |
| | | | Subtotals : | | $14,789.76 | $361.15 | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 09-41652 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | RAMACHANDRAN, SHAKUNTHAL | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******29-65 - Checking Account |
| Taxpayer ID #: | **-***1248 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 04/09/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 28.57 | 14,400.04 |
| 07/09/12 | | To Account #9200******2966 | TRANSFER OF FUNDS | 9999-000 | | 14,400.04 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 14,789.76 | 14,789.76 | $0.00 |
| Less: Bank Transfers | 0.00 | 14,426.19 | |
| Subtotal | 14,789.76 | 363.57 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $14,789.76 | $363.57 | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-41652 |
| Case Name: | RAMACHANDRAN, SHAKUNTHAL |
| Taxpayer ID #: | **-***1248 |
| Period Ending: | 04/09/13 |

| | |
|---|---|
| Trustee: | JOHN E. GIERUM (520171) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******29-66 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/04/11 | | From Account #9200******2965 | TRANSFER OF FUNDS | 9999-000 | 12.92 | | 12.92 |
| 02/07/11 | 101 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2011 FOR CASE #09-41652, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/11 | 2200-000 | | 12.92 | 0.00 |
| 02/07/12 | | From Account #9200******2965 | TRANSFER OF FUNDS | 9999-000 | 13.23 | | 13.23 |
| 02/10/12 | 102 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2012 FOR CASE #09-41652, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/2012 | 2200-000 | | 13.23 | 0.00 |
| 07/09/12 | | From Account #9200******2965 | TRANSFER OF FUNDS | 9999-000 | 14,400.04 | | 14,400.04 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 14,375.04 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 30.43 | 14,344.61 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 27.43 | 14,317.18 |
| 12/26/12 | 103 | JOHN E. GIERUM | Dividend paid 100.00% on $2,228.98, Trustee Compensation; Reference: | 2100-000 | | 2,228.98 | 12,088.20 |
| 12/26/12 | 104 | Discover Bank | First and Final Distribution | 7100-000 | | 419.18 | 11,669.02 |
| 12/26/12 | 105 | Chase Bank USA, N.A. | First and Final Distribution | 7100-000 | | 1,244.88 | 10,424.14 |
| 12/26/12 | 106 | Chase Bank USA, N.A. | First and Final Distribution | 7100-000 | | 1,682.46 | 8,741.68 |
| 12/26/12 | 107 | Chase Bank USA, N.A. | First and Final Distribution | 7100-000 | | 1,758.03 | 6,983.65 |
| 12/26/12 | 108 | American Express Centurion Bank | First and Final Distribution | 7100-000 | | 63.06 | 6,920.59 |
| 12/26/12 | 109 | CAPITAL ONE BANK USA, N.A. | First and Final Distribution | 7100-000 | | 1,183.08 | 5,737.51 |
| 12/26/12 | 110 | PYOD LLC its successors and assigns as assignee of | First and Final Distribution | 7100-000 | | 591.91 | 5,145.60 |
| 12/26/12 | 111 | Fia Card Services, NA/Bank of America | First and Final Distribution | 7100-000 | | 5,145.60 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 14,426.19 | 14,426.19 | $0.00 |
| Less: Bank Transfers | 14,426.19 | 0.00 | |
| Subtotal | 0.00 | 14,426.19 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $14,426.19 | |

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 09-41652 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | RAMACHANDRAN, SHAKUNTHAL | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ****624566 - Checking Account |
| Taxpayer ID #: | **-***1248 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 04/09/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # 9200-******29-65 | 14,789.76 | 363.57 | 0.00 |
| Checking # 9200-******29-66 | 0.00 | 14,426.19 | 0.00 |
| Checking # ****624566 | 0.00 | 0.00 | 0.00 |
| | $14,789.76 | $14,789.76 | $0.00 |

Printed: 04/09/2013 09:38 AM    V.13.13